**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 401 MAL 2014
:
                    Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
GARY LEE ROSE, :
:
                    Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.